**VIRGINIA ENGINEERING COMPANY, Inc. v. INTERNATIONAL HARVESTER COMPANY.**

No. 11476.

United States Court of Appeals Sixth Circuit.

Oct. 14, 1952.

Canada, Russell & Turner, Memphis, Tenn., Montague, Ferguson & Holt, Newport News, Va., for appellant.

Chandler, Shepherd, Heiskell & Williams, Memphis, Tenn., for appellee.

Before HICKS, ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel and upon consideration of all of which the Court is of the opinion that there is no reversible error upon the record.

It is, therefore, ordered and adjudged that the judgment appealed from, entered in the District Court on June 1, 1951, be and the same is in all things affirmed upon the grounds and for the reasons set out in the opinion of the District Judge announced on May 24, 1951, and the findings of fact and conclusions of law entered in the District Court on June 1, 1951.

**D. H. WILLEY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11474.

United States Court of Appeals Sixth Circuit.

Oct. 21, 1952.

L. F. Ratterman, Cincinnati, Ohio, for petitioner.

Charles S. Lyon, Ellis N. Slack, and Louise Foster, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, the supplemental communication of counsel for petitioner, and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision appealed from be and is hereby affirmed in accordance with the original findings of fact and opinion, and the supplemental findings of fact and opinion of the Tax Court of the United States.